**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2352 |
|---|---|
| SKAGEN DESIGNS, LTD. v. GENENDER INTERNATIONAL, INC., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENENDER INTERNATIONAL, INC.

| | |
|---|---|
| **NAME** (Type or print) Christopher J. McGeehan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Christopher J. McGeehan | |
| **FIRM** GREER, BURNS & CRAIN, LTD. | |
| **STREET ADDRESS** 300 South Wacker Drive, Suite 2500 | |
| **CITY/STATE/ZIP** Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6279619 | **TELEPHONE NUMBER** 312-360-0080 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |