IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SKAGEN DESIGNS, LTD., a Nevada corporation, | ) ) ) | |
| Plaintiff, | ) ) | Judge Matthew F. Kennelly |
| v. | ) ) | Civil Action No. 08 CV 02352 |
| GENENDER INTERNATIONAL, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

The present action was transferred from the United States District Court for the District of Nevada. A "mirror-image" declaratory judgment action, in which Skagen Designs, Ltd. has filed counterclaims, is pending in the present district before the Honorable John F. Grady, entitled Genender International, Inc. v. Skagen Designs, Ltd., Civil Action No. 07 C 5993.

Accordingly, in lieu of moving to consolidate the present action with the action pending before Judge Grady, the parties hereby stipulate and agree, pursuant to Fed.R.Civ.P. 41(a)(1), that the present action be dismissed without prejudice and without fees or costs to either party.

Dated:  June 19, 2008

| | |
|---|---|
| Skagen Designs, Ltd. | Genender International, Inc. |
| By:___/s/  Patrick J. Arnold Jr._____ | By: ___/s/  Christopher J. McGeehan__ |
| Patrick J. Arnold Jr. | Christopher J. McGeehan |
| McAndrews, Held & Malloy, Ltd. | GREER, BURNS & CRAIN, LTD. |
| 500 W. Madison St. | 300 S. Wacker Dr. |
| 34th Floor | Suite 2500 |
| Chicago, IL  60661 | Chicago, IL  60606 |
| (312) 775-8000 | (312) 360-0080 |
| | |
| Michael D. Rounds | Robert C. Faber |
| Matthew D. Francis | Douglas A. Miro |
| Watson Rounds, PC | Art C. Cody |
| 5371 Kietzke Lane | OSTROLENK, FABER, |
| Reno, NV 89511 |     GERB & SOFFEN, LLP |
| | 1180 Avenue of the Americas |
| | New York, NY 10036 |
| | (212)-382-0700 |
| | |
| | Dan C. Bowen |
| | Bowen Hall Ohlson & Osborne |
| | 555 S. Center Street |
| | Reno, NV 89501 |

**ORDER**

Pursuant to the stipulation of parties, the Court hereby dismisses this action without prejudice and without fees or costs to either party.

IT IS SO ORDERED.


Dated:  June _____, 2008    _____
Honorable Matthew F. Kennelly
United States District Court

2