IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKAGEN DESIGNS, LTD., a Nevada corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GENENDER INTERNATIONAL, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) |

Judge Matthew F. Kennelly

Civil Action No. 08 CV 02352

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2008, I served the parties' Stipulation to Dismiss Without Prejudice [Docket No. 45] upon

>Patrick J. Arnold Jr.
>McAndrews, Held & Malloy, Ltd.
>500 W. Madison St.
>34th Floor
>Chicago, IL  60661

via the CM/ECF system, and upon

>Michael D. Rounds
>Matthew D. Francis
>Watson Rounds, PC
>5371 Kietzke Lane

via first class mail.

Date:  June 19, 2008                                                   /s/ Christopher J. McGeehan