# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2352 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Skagen Designs vs. Genender International, Inc. | | |

**DOCKET ENTRY TEXT**

Case is dismissed without prejudice pursuant to stipulation. Clerk of Court is directed to vacate all schedules, including the status hearing set to 6/23/2008, and term all pending motions.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cv-02352    Document 47    Filed 06/20/2008    Page 1 of 1

08C2352 Skagen Designs vs. Genender International, Inc.     Page 1 of 1